U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 3 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES E. BROWN (#112958) | CIVIL ACTION NO. 09-cv-1549; SEC.P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CANTEEN, INC., ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by ~~Petitioner~~ *defendants*, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Plaintiff's Eighth Amendment claim be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b), and Plaintiff's negligence claim is **REMANDED** to the 8th Judicial District Court of Winn Parish, Louisiana.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, this 3rd day of December, 2009.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE